# EXHIBIT 4



# OFFICE OF THE MAYOR

MAYOR BEN WALSH

### EXECUTIVE ORDER
### SYRACUSE POLICE REFORM
### EFFECTIVE JUNE 19, 2020

WHEREAS, the killing of George Floyd, and the subsequent outpouring of grief and concern over police conduct nationwide has led to calls from the Syracuse community for immediate police reform; and

WHEREAS, improving police-community relations and updating key policies to reflect best practices in 21st century policing has been a priority of my administration since taking office; and

WHEREAS, under the leadership of Chief Kenton Buckner, Syracuse has already taken important steps in police reform, including but not limited to the expansion of body worn cameras and the implementation of a new body worn camera policy; the issuance of a revised use of force policy in July 2019; the restructuring and relocating of the department's internal affairs function; enhanced focus on diversity recruitment; and the creation of citizen advisory committees; and

WHEREAS, the Syracuse Common Council has indicated its desire for police reform, and will consider legislation that seeks greater police transparency, which will complement the steps to be taken below; and

WHEREAS, I support the police reforms already passed this month by New York State, including the repeal of Civil Rights Law Sec. 50-a; and

WHEREAS, I recognize the dedication of the members of the Syracuse Police Department, and intend the steps outlined below to better equip officers with the training and policies they need to enhance their ability to protect and serve all members of the Syracuse community equally, and to build the community's trust in our officers; and

WHEREAS, in response to the concerns of the Syracuse community, more action on police reform is urgent, necessary and appropriate; and

WHEREAS, I will engage in a robust community dialogue to further explore and consider areas for reform and improvement over the coming months beyond those set forth below, culminating in a plan and report in the spirit of and in compliance with Governor Cuomo's Executive Order No. 203, New York State Police Reform and Reinvention Collaborative;

Office of the Mayor
233 E. Washington St.
201 City Hall
Syracuse, N.Y. 13202

Office 315 448 8005
Fax    315 448 8067

**www.syrgov.net**

GROWTH. DIVERSITY. OPPORTUNITY FOR ALL.

City of Syracuse | Executive Order | Syracuse Police Reform
June 19, 2020

Page 2

NOW, THEREFORE, as Mayor of the City of Syracuse, by the authority vested in me by the City Charter and applicable laws, and in consultation with the Chief of Police, I hereby direct the following actions as soon as practicable:

1. Review, revise and amend the policies and procedures of the Syracuse Police Department (SPD) to ensure the principles embodied in the New York City Right to Know Act are incorporated into the department's policies and procedures, including but not limited to self-identification to citizens, provision of written identification to citizens, obtaining consent to searches, recording consent and making the record of the consent available to the subject of the search. This will be done in conjunction with legislative action by the Syracuse Common Council, which will seek to codify the Right to Know principles related to the reporting of investigative encounters.

2. Revise SPD's 2019 use of force policy to ensure that it is compliant with recent changes in New York State law, and fully consider any policy changes requested by the Syracuse community.

3. Revise SPD's current body worn camera policy to ensure that officers record the entirety of their presence on the scene of a police encounter.

4. Complete the department's efforts to obtain additional body worn cameras so that all uniformed officers assigned to patrol or who otherwise respond to citizen calls will be equipped with cameras.

5. Develop and implement a plan to deploy dashboard cameras on all SPD marked vehicles.

6. Conduct a complete inventory of all equipment acquired through military surplus programs that are in possession of the SPD; establish policies and procedures regarding the use of such equipment; and establish parameters for future procurement of such equipment.

7. Post on the City of Syracuse and/or SPD's website:
    a. The collection of documents that together comprise the most recent collective bargaining agreement with the Syracuse Police Benevolent Association (PBA); and
    b. A comprehensive summary of that collection of documents, which my administration prepared and presented to the PBA for review and acceptance in 2019; and
    c. The Tentative Agreement reached with the PBA in November 2019, which has not been approved, and which is now the subject of the impasse resolution process set forth in the New York State Taylor Law.

8. Make SPD policies publicly available on the SPD website.

9. Develop a process to ensure legal compliance with New York State's repeal of Civil Rights Law Sec. 50-a and related amendments to the Freedom of Information Law, which require the city to disclose copies of certain police personnel records upon request.

10. Continue to actively oppose any legal attempt to dissolve or otherwise eliminate the judicial consent decree which continues to be a critically necessary tool to improve the diversity of our police department.

GROWTH. DIVERSITY. OPPORTUNITY FOR ALL.

City of Syracuse | Executive Order | Syracuse Police Reform                                    Page 3
June 19, 2020

11. Review the department's procedure and approval process regarding the application of search warrants that seeks a "no-knock" provision from a court to ensure compliance with Constitutional standards.

12. Continue to improve collaboration with the Syracuse Citizen Review Board (CRB) to ensure the flow of documents and information as embodied in Local Law No. 11. Further, commit to:

    a. Reviewing the disciplinary recommendations presented by the CRB prior to making a final determination of discipline of an officer; and

    b. In cases where the Chief issues no discipline, or discipline that is lesser than is that recommended by the CRB, provide to the CRB a written explanation of the reason for such level of discipline or lack thereof.

13. Develop and deliver training on the history of racism in Syracuse and the United States, both in the police academy and during in-service training, such that 100% of the membership of SPD receives this training. Additionally, deliver department-wide training in cultural competency for law enforcement.

14. Continue to review and upgrade the department's recruitment, screening and hiring practices, with an aim to increase the diversity of the department's membership.

15. Research and consider innovative, community-based strategies for responding to non-criminal calls, with a goal of shifting the paradigm from primary police response, to response by non-police professionals in relevant fields.

16. Develop and implement, in coordination with the Syracuse City School District, a new model for school safety and security.

G I V E N under my hand and the Seal of the City of Syracuse this nineteenth day of June in the year two thousand twenty.

BY THE MAYOR                              ATTEST:

_____                   _____
Benjamin R. Walsh, Mayor                  John P. Copanas, City Clerk

Dated:  June 19, 2020

GROWTH. DIVERSITY. OPPORTUNITY FOR ALL.

# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SONIA DOTSON,

                Plaintiff,

                                Civil Action No.:
     -vs-                         5:11-CV-620

CITY OF SYRACUSE, GARY MIGUEL, in his
Individual capacity as former Chief
of Police of the City of Syracuse;
MICHAEL HEENAN, in his individual
capacity as former First Deputy Chief
of Police of the City of Syracuse;
DAVID BARRETTE, in his individual and
official capacity as First Deputy
Chief of Police of the City of Syracuse;
JUDY CULETON, in her individual and
official capacity as the Commanding
Officer of the Human Resources Division
of the City of Syracuse Police Department;
JOSEPH SWEENY, in his individual and
official capacity as a Captain with
the City of Syracuse Police Department;
NICHOLAS KLEIST, JR., in his individual
and official capacity as a Lieutenant
with the City of Syracuse Police
Department; RICHARD TRUDELL, in his
individual and official capacity as a
Captain with the City of Syracuse
Police Department; and JOHN DOE(S)
and/or JANE DOE(S), in their individual
and official capacities,





                Defendants.

--------------------------------------------------------

      (E.B.T. of RICHARD TRUDELL - 8/18/14)



179

```
1                   RICHARD TRUDELL

2        A     No.

3        Q     -- nothing like that?

4        A     No.

5        Q     And you didn't request that he produce

6   memos regarding Ms. Dotson?

7        A     No.

8        Q     How many other employees get their memos

9   sent to Barrette?

10                  MS. O'CONNOR:  Objection.

11       A     None.

12       Q     Okay.  I don't know.  Excuse me.

13             Mr. Trudell, have you ever used the words

14   "bitch," "broad" --

15       A     Yes.

16       Q     -- to refer to women?

17       A     Yes.

18       Q     Have you ever heard anyone using those

19   words on duty or off duty that you work with?

20                  MS. O'CONNOR:  Objection.

21       A     Yes.

22       Q     Have you ever heard anyone you work with

23   using derogatory terms referring to race or ethnic

24   origin?

25                  MS. O'CONNOR:  Objection.
```

180

1                          RICHARD TRUDELL

2        A     Yes.

3        Q     And have you used those terms?

4        A     Not at work.

5        Q     Have you used them off duty?

6        A     Yes.

7        Q     What words have you used?

8                   MS. O'CONNOR:   Objection.

9        A     In the past I've used the word "nigger,"

10   "bitch," that sort of thing.

11       Q     You ever use the term "spic"?

12       A     Yes.  Not at work.

13       Q     In reference to Latino individuals?

14       A     I'm not sure what the question is.

15       Q     Have you used the term "spic" in

16   reference to Latino individuals?

17       A     Yes.

18       Q     Do you know what Ms. Dotson's ethnic

19   origin is?

20       A     No, I don't.

21       Q     Do you know what a Hispanic is?

22       A     Yes.

23       Q     Would you describe Ms. Dotson as

24   Hispanic?

25       A     No.

181

1                          RICHARD TRUDELL

2        Q      Would you describe Mr. Dotson as African

3   American?

4        A      Yes.

5        Q      Have you ever referred to African

6   Americans as niggers?

7        A      Yes.

8        Q      Have you ever referred to Latinos as

9   spics?

10       A      Yes.

11       Q      And you supervise this woman?

12       A      Yes.

13       Q      And she's Latino?

14       A      I did not know that.

15              MS. BOSMAN:  I got to take a

16              break.

17              (Whereupon, a brief recess was

18              taken.)

19              MS. BOSMAN:  Shannon, for the

20              record, we're suspending the

21              deposition at this time.  My client is

22              unable to continue.  Let the record

23              reflect that she's highly upset,

24              highly distraught and she does not

25              wish to continue at this time.

**EXHIBIT 6**



**1st Deputy Chief**
Joseph Cecile

**Deputy Chiefs**
Derek McGork
Richard F. Shoff, Jr.
Richard H. Trudell

## SYRACUSE POLICE DEPARTMENT

Kenton T. Buckner, Chief

01 July 2021

Police Officer Brandon Hanks
511 South State St.
Syracuse, N. Y. 13202

Dear Officer Hanks:

On 04 February 2021, you posted a brief social media video wherein you are wearing what appears to be garments of your duty uniform, with visible emblem/insignia utilized by the department, while music with racial slang (nigga(s)) is being played. You also posted two other social media pictures with profane song lyrics in a caption. These posts occurred on March 21, 2020 and in December of 2020. Copies of the above referenced posts are attached to this document.

Your actions, Officer Hanks, were in violation of the Departmental policy number 1030.5.1 (H1), "Prohibited Speech, Expression and Conduct" in social media.

It has therefore been determined that you will receive this written reprimand. You are reminded that future acts in violation of the above policy would bring discredit upon yourself and this Department and would be dealt with more severely.

Respectfully,

By the order of the Chief of Police

Joseph Cecile
1st Deputy Chief of Police

Personally served by:

July 2, 2021  1605 hrs.
Date/Time

511 South State Street, Syracuse, NY 13202       315.442.5250       www.syracusepolice.org

# EXHIBIT 7

12:39

<  **Central New York Police Agencies**
MW Tone · 21h · 

20h   Like   Reply                          8 

~~Paul Clapper~~
Agree Tim...
I pushed 54 car around for 6.5 years before getting a " temp" transfer to CID. Prior to that I applied for SID & Traffic/motorcycles...both denied. After CID it took me another 6 + years to get a transfer request approved for SID drugs. It then took the murder of Inv Wallie Howard to get me transferred to DEA Drug Task Force. These guys who feel entitled make me sick. I am a firm believer in earning your way to these " special" jobs. I wonder to myself.... How many solid misdemeanor and felony arrest has this guy made? How has he " earned" his way.... Because he bounces a ball? My Pomeranian Mr. Patches can do that... I bleed blue and my family brings hundreds of years of public service to this City within the Police & Fire Fighters) department....like yours.

19h   Like   Reply                         11 

 ~~Tim Erwin~~
~~Paul Clapper~~ well said Paul...but

Rules

 Write a comment...        ☺

               



12:40

**Central New York Police Agencies**

MW Tone · 21h ·

MW Tone **Nope ...**

15h   Like   Reply

Write a reply...

Years ago your transfer request with only 4 years on the job in Patrol would of made the oval file....too many people now days have big heads about how "deserving" they are. Seems like he wants to  cash in on the current anti-Police environment

20h   Like   Reply                8

All 8   7   1

**Ann Clark**
54 mutual friends                    Message

1 mutual friend                      Add Friend

46 mutual friends                    Add Friend

16 mutual friends                    Add Friend

6 mutual friends                     Add Friend

# EXHIBIT 8



# EXHIBIT 9

The purpose of this memo is to address several photographs as well as other allegations that have surfaced **yet again**, during my tenure while employed with the Syracuse Police Department. It should be noted that during my career here with SPD, I have viewed one of the (4) four photo(s) on approximately (3) three separate occasions. I will explain them all in detail below. It is to no secret or surprise, that I grew up in the City of Syracuse, where I have lived on every side of town. When I was born, my parents resided in Ballantyne Garden Apartments located at 161 Ballantyne Rd, Syracuse, NY. We then moved to Park Avenue, then onto 1629 W Colvin St where I lived most of my life. My house on Colvin St is in the center of the 1500 gang territory. Several of the gang members I grew up with and went to school with still reside in the area. (How many members in the Syracuse Police Department have resided in a neighborhood heavily populated by gang members). Sticking to the subject at hand, photo #1 is a photo from 2011, with a former friend of mine Will Brooks. In the photo, we are at the Denny's restaurant in Syracuse, NY which has since been closed and replaced with the now Byrne Dairy. This photo is shortly after we got a matching tattoo together which states "Only God Can Judge Me" on our left forearm. The photo showed to me by Lt Patti, which I do not have a copy of, is a screenshot of that picture of Brooks and I, by a gang member "40" also known as Josh Stanley. Stanley captioned the picture with "SMH" which means "shaking my head" as he is mocking rival gang member Will Brooks for being in a picture with Syracuse Police Officer Brandon Hanks. Josh Stanley is a well-known and documented Uptown gang member, and Will Brooks is a well-known documented Brick Town Gang Member. Captain Gay provided this photo, attempting to allege that I have a personal relationship with Josh Stanley, when I do not recall ever meeting him before. If I were in GVTF, I would have been able to utilize my training and experience with only (4) four years on the job, WITHOUT utilizing my 26 years' experience living in the city, to make the connection that Josh Stanley is making fun of rival Gang Member Will Brooks for being in a photo with a Police Officer, essentially calling him a rat. Brooks and I both attended Henninger High School together, where we also became good friends. Brooks and I also spent the night at each other's house regularly, and his mother Denise Welch, even welcomed me into her home, when my parents split up and my mother could not afford to take care of (4) four children on her own. During this time, I applied to school at Morrisville State College, as Brooks did not have any ambition on attending school. I then got accepted at Morrisville State, where I continued my education in Criminal Justice. At this time, Will Brooks was not a gang member, as he didn't get heavily involved in Gang's until my sophomore or maybe Junior Year in college. Over the course of my collegiate Career, Will Brooks attended a few of my college basketball games, as well as come to visit me once or twice a semester for college parties. Unfortunately, our friendship dwindled away, as the phone call's diminished, and the visits were not as frequent. I noticed a change in Brook's behavior, as he began smoking weed and hanging around gang members. My relationship with Brook's went from talking on the phone and hanging out every day, to just speaking when we see each other in passing, or on social media. Eventually, I applied to the Syracuse Police Department, where I met with my background Investigator Richard Hargraves. During the background investigation, Hargraves was aware of this photo, and I explained to him everything listed above. At no point did this photo deter Richard Hargraves, a highly decorated and established Homicide Detective, from pushing me through the hiring process with SPD. I cannot understand, how a photograph from when I was 17 years old, I am now 28, is again having to be explained to administration, when I went through the same background investigation process as every other cop in the department. The rules & regulation's state I cannot have a personal relationship with Gang Members while employed with the Syracuse Police Department, and this photo was taken in 2011, my hire date was December

(1)

of 2016 Christmas at Will Brooks Grandmothers home, years prior to 2019, and after our friendship had ended. To add, I recently made an arrest of a gang member, whom was in a vehicle also occupied by Will Brooks. I also made an arrest of Bricktown gang member Maurice Owens, where he brandished a loaded firearm before fleeing on foot. I gave chase to Owens where I apprehended him and located the firearm in his path of travel. Owens is just ONE of the MANY Bricktown Gang Members I have arrested or encountered.

Photo #2 is a photo from December 1st, 2019 at Club 11 located in Mattydale, NY. The event attended was an annual Birthday Party for a Syracuse Fire Fighter. While at the event, I stood on a red carpet, where several members from the community I protect and serve, asked to take pictures with me, as it is uncommon to see someone they grew up with, become a police officer, and still attend local events in an off-duty capacity. In the photo, is Jahtheel Selmon, whom I attended Henninger High School with, and who I now know to be Juan Correa. While standing on the red carpet, Jahtheel asked to take a picture with me, and Juan whom I assume is his friend joined in on the photo. I was not aware of who Juan Correa was at the time, and I was not given a department issued cell phone where I could run a CHAIRS2 search, to find out if he were a documented gang member, prior to me taking the photo with him. Again, I took several photos with numerous members of the community I protect and serve, where I received a ton of love and respect for attending the event, showing citizens police officers are still human beneath the badge. Jahtheel Selmon was recently working security at the RTC in Syracuse, where a subject opened fire in a heavily populated building with adults/children, where Selmon was shot in the midsection by the subject and still was able to rescue several adults/children, hiding them in a room until police arrived. When Sheriff's arrived, a deputy fired at the suspect and missed, before the suspect was later taken into custody. This photo shows the diversity needed in this city, as the male on the far left, Juan Correa, a west side gang member, male in the middle, Brandon Hanks a Syracuse Police Officer, and Jahtheel Selmon a Security Guard/Hero who took a bullet for pedestrians at the Regional Transportation Center, all in one photo. To reiterate, at the time of this photo, I was a patrol officer, and I did not know Juan Correa, along with the 50+ other people I took photographs with on the red carpet. I was made fun of by my friends, who I attended the party with, as they were jokingly going to start charging people at the party if they requested to take a picture with me. A person of my stature, who is well known in the community and somewhat nationally, I am approached by different people of all walks of life, who appreciate and applaud what I do in the community. Now can you imagine the feeling? Having to identify everyone at the bar, club, restaurant, grocery store etc., afraid that a member of MY VERY OWN police department is investigating who I am speaking to, attempting to allege that I associate myself with criminals. Not internal affairs, regular police officer's, detectives, utilizing duty hours to investigate another police officer. I ask myself this simple question, had I been in full uniform in these pictures, would I be writing this memo today? My answer is no! Another question I raise, is does this same investigation occur with ANY other member of the police department that attempts to do a 30-day transfer to GVTF.

Photo #3 is a photo from March 21st 2020, where I am supporting a local small business owner Waliek Betts. Betts is the owner of All Money Spends clothing store located on the south side of Syracuse, NY where I grew up. I met Betts just a few years ago, while I was employed with the Syracuse Police Department. Betts explained to me that he had a clothing line, and I advised him I would support the clothing line. I am aware that Waliek Betts is a documented, former, now DENOUNCED Boot Camp gang member. In my Facebook Post, I am wearing merchandise that I purchased from Bett's locally owned small business, and I tagged Waliek Bett's page, so that he and all his friends on Facebook can see the post. This post is nothing more than me supporting his clothing line, and then promoting his clothing line to increase the sales in another one of OUR very own



city smaller than another, or even if this post is a concern to SPD because I grew up in the city? Would this post be a problem if I were in full uniform when the picture was taken? I have posted videos and pictures of myself playing basketball with members of this community who were criminals / gang members etc. and that made National News, which I was recognized for by SPD, the DA's office, the Mayor and the NAACP, so why is it a problem now? Furthermore, what message does it send, that we as police officers can't support an individual that turned his life around and is now doing better for himself. I know several other members of the Syracuse Police Department that have done similar gestures, to former and PRESENT gang members, that are not receiving this same treatment as myself. Betts has not been arrested in over 9 years, besides a UPM in 2018.

Next, I was advised that another complaint on why I should not be allowed to work in GVTF or SID is because of a SHOTS incident that occurred years ago that I overheard. I was in the area (because I did reside in the city at the time) of a SHOTS, where I overheard several SHOTS while picking someone up from a party. After hearing said SHOTS, while in an off duty capacity, unarmed, I secured several females and males, bringing them to safety, when I then made the proper notifications to a supervisor, as well as completing a police report as I should have done. At no point did I see a shooter, a victim, or any other pertinent information relative to this incident. I grew up in the city where we hear gunshots every day, it was routine to me, and I handled the matter accordingly. Why this is being brought up, discussed, or mentioned as a deterrent from me advancing my career within the Syracuse Police Department is blatant disrespectful, harassing and discriminatory. There are several other members in the Syracuse Police Department that live in the city, who were present or in the area of crimes in progress, who do not have to be discriminated against when attempting to further their career.

Another complaint or allegation against myself was Quashawn Blunt tagging me in a post on Facebook stating, "Come pick up your shirt". This stemmed from Blunt selling T-shirts. I never purchased a T-shirt from Blunt, he and I went to separate schools our entire childhood. Blunt did however attend the Southwest Community Center as I did as well. I purchase clothing, CD's, food, etc. from anyone in the city of Syracuse, no matter what their past is, just like I do outside of the city as well. The cashier at Speedway on State St where police officer's everyday purchase coffee and other items is currently in a gang, has been arrested for possessing narcotics and Grand Larceny, both felonies, and not one of those police officer's have to do a 10/1 regarding that matter. I will repeat, this is clearly harassment and discrimination against myself, because I grew up in the city of Syracuse around Gang Members and Criminals, and still managed to make it to the position I am in today.

Captain Gay of the Syracuse Police Department made mention of a video posted to my personal FB story account (Which is only visible for 24 hours), from 04Feb2021, where I am sitting in my personal vehicle. While in the vehicle, I proceeded to show the viewers my haircut, to promote my friend who is a barber in Syracuse, NY. I deleted the video shortly after posting, because I forgot to caption the video with his barbershop address. Also in the video, you can hear music playing in the background. Now Captain Gay documented this "incident" specifically because the music in the background was Rap music, indicating that it is illegal to listen to rap music? Captain Gay also stated that I was sitting inside a police vehicle which is a blatant lie, because if you look in the background of the video provided to you that is not a police vehicle. Captain Gay failed to do an efficient investigation, as the vehicle was the rental vehicle I am currently driving. Another note, if the music being played in the background were Country or Rock, or any other genre would it matter. The radio was playing in the background while I took the video, and Captain Gay of the Syracuse Police Department illegally demanded an investigation into my personal life, to deter me from advancing my career into the GVTF or SID. Had I not requested a 30-day temporary transfer to



GVTF, coupled with his relationship with Captain Gay or anyone else, it's clear that I am being discriminated against not only for growing up in the city and the relationships I previously had, but also the genre of music I choose to listen to.

Another social media complaint against myself was a picture I posted on March 21st, 2020. The picture's caption stated, "The hardest thing to do in life is to refrain from slapping the shit outta somebody that deserves it". This is a quote also from another rap lyric. One thing I always received a lot of credit for is being myself. It's puzzling where the problem is in this caption. Is it not true? No where in this caption did I threaten anyone. I have the freedom to say whatever I want on my personal Facebook page. I do however recognize that I have a public profile, and a professional image I must uphold. On the contrary to that people in this community respect me and what I do because I am GENUINE. I stay true to who I am and I can relate to the community I serve because I am from the community I serve. Those that are not from this community have a difficult time understanding that. I was the only African American to graduate my academy class. Who is responsible for that? Understand that we may both speak English, but you still don't understand my language! I was granted the opportunity to inspire people who came from a similar background as myself. On so many occasions, I show up to a scene where people are cursing, yelling and threatening police officers, and when I arrive all of that stops! People say all the time "Chill that's Hanks ya'll relax". The respect given to me, is often given to other officers around me, just simply because I can relate to a lot of them. I am STILL willing to sit down to listen to any constructive criticism or alternative methods I could use to stay true to myself but also remain "professional".

I recently posted a video to my Facebook account stating, "People always wonder how I keep a smile on my face, being a police officer while everyone is threatening you and making statuses about you" Then I made mention that the things that keep me going are my Maserati and my inground pool in my backyard. The amount of love/support I received from the community was PHENOMINAL. Members of the Syracuse Police Department did not appreciate this, and I know exactly why. How does this kid afford all these things, maintain the relationship he does with people in the community and still manages to be one of the BEST at his job? This is pure jealousy and hatred. I worked extremely hard to purchase the things that I have. I do not have to hide that to make anyone feel better. I am showing people in the city I serve, that you do not have to sell drugs or be a gang member to achieve nice things. Those that are used to having nice things have a difficult time understanding that. When you grow up poor, your first obligation when you finally start making money is to show others how to do the same thing. I do not call what I do bragging or showing off, because I have made it clear that past two years that I will take the shirt off my back for anyone. I have donated my own personal money to several Boys & Girls Clubs here in Syracuse. I have donated 20 basketballs to Shonnard St Boys & Girls Club located in the heart of the West side of Syracuse. I have donated my own money and school supplies to several city High Schools. I have passed out ice cream to children on both the West and South Side of Syracuse. Just last week I stopped my patrol vehicle on Tully St and purchased ice cream for 10 children standing in line for the ice cream truck. I did this from the heart, genuine, with no cameras around.

Captain Gay launched this illegal investigation against myself, citing fake rumors, lies and discriminatory/harassing allegations to deter me from joining GVTF or SID. How many search warrant's/raids have I been apart of while working GVSD? Where I assisted in executing said search warrants, all of them ending successfully. Not once did Captain Gay ever receive any tips or information as to Brandon Hanks compromising any warrant/raid. I also assisted in the RICO Uptown Gang take down, where I grew up with 100% percent of the gang members that were arrested. Again, the entire take down ended successfully. Undenounced to me I am Facebook friends with "Tree Graves" also known as "Maurice Graves" who was recently arrested during a search warrant with SID. Maurice Graves was found to

(4)

be in possession of an excessive or large quantity of marijuana. In a police department so corrupt and so gang-affiliated, why not send Graves a message letting him know that police were investigating him? I know why, because I passed and completed a thorough background investigation, I also took an oath to this police department and look what I get in return. This has made my work environment very hazardous as I no longer feel accepted or trusted. Captain Gay made mention that I have an association with gang members, convicted criminals, felony and RICO, but provided ZERO evidence as to that being true. Since I became a police officer, I have never socialized with a gang member, convicted criminal, felony or RICO. I did not know who Juan Correa was when I took a picture with him back in 2019, and again, I do not ask for a license every time someone asks to take a picture with me. Purchasing clothing from someone in the City who owns a small business does not violate department rules and regulations or the code of conduct. If anything, it bridges the gap between the community and the police department and shows that we do not hide behind a badge or rank. Captain Gay has had more conversations with Gang members and convicted felons than I have, and I spent my entire life in the city of Syracuse. The root of the problem truly is, JEALOUSY, HARASSMENT, and DISCRIMINATION. Why didn't Captain Gay advocate for me to join SID or GVTF? Why did he not investigate my work ethic? Why did he not attach DR#'s for every gang member I have arrested? The problem is Captain Gay did not do a thorough investigation, he instead searched for a reason for me NOT to join, not recognizing that his allegations attack my character and my integrity. I joined the Gun Violence Suppression Detail where in the last 7 months I have recovered numerous guns, a large amount of narcotics, as well as a large amount of cash, legally, without one civilian complaint. Captain Gay should have utilized all my experience, my training, and my knowledge having been growing up in the city, to better SID and GVTF to make the city we serve a better place. Instead, he went to EXTREME, HATEFUL, HARASSING, ILLEGAL and DISCRIMINATORY lengths, to deter me from entering those units. It is sad that a person I have never met, spoken to, or had an encounter with, can judge me and discriminate me based on my race and my upbringing. This illegal investigation did not take place with ANY other member in GVTF or SID. Not ONE. I could go through anybody's social media account and find SOMETHING that may violate rules and regulations or the departments code of conduct. Now I feel as though the department is trying to use my social media account as a cop out, to the illegal investigation conducted by Captain Gay. All of these pictures are old, and not to mention, I was already verbally counseled by Sgt Kritzer, my direct supervisor, months ago, on being careful of the things I post on Social Media. Sgt Kritzer showed me the posts on Facebook that could be deemed unprofessional, we had a discussion, I adhered to what he said, and I cannot be disciplined twice. All of this could have easily be avoided, if Captain Gay had simply look me in the face as a man and said, "No thank you Hanks, we do not want you up here". Would I have liked that? Probably not, but I would have respected that, and I would never have submitted a transfer request for that unit. Instead, he went "digging for dirt" which is illegal, harassing and discriminating, and is not common practice in any way shape or form.

