UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON HANKS, and other similarly situated individuals,<br><br>         Plaintiff,<br><br>- v -<br><br>CITY OF SYRACUSE, *et al.*,<br><br>         Defendants. | Civ. Action No.: 5:21-CV-0921<br>(GLS/ATB) |

**PLEASE TAKE NOTICE** that Mary L. D'Agostino of the law firm of Hancock Estabrook, LLP, hereby appears in the above-entitled action as counsel of record on behalf of Defendants Timothy Gay, Colin Hillman, William Kittell, Anthony Fiorini, David Metz, Shawn Hauck, Susan Izzo, Ann Clark, and Brandon Fougnier.

Dated:  September 10, 2021    Respectfully submitted,

                By: *s/Mary L. D'Agostino*
                   Mary L. D'Agostino (520301)
                   HANCOCK ESTABROOK, LLP
                   1800 AXA Tower 1
                   100 Madison Street
                   Syracuse, New York 13202
                   Tel: (315) 565-4500
                   Fax: (315) 565-4700
                   Email: mdagostino@hancocklaw.com