UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRANDON HANKS and OTHER SIMILARLY SITUATED INDIVIDUALS,

                    Plaintiff,

      v.

CITY OF SYRACUSE, CHIEF KENTON BUCKNER, DEPUTY CHIEF RICHARD TRUDELL, DEPUTY CHIEF JOSEPH CECILE, CAPTAIN TIMOTHY GAY, OFFICER COLIN HILLMAN, OFFICER DEREK MCGORK, OFFICER WILLIAM KITTELL, OFFICER ANTHONY FIORINI, OFFICER DAVID METZ, OFFICER SHAWN HAUCK, OFFICER SUSAN IZZO, OFFICER ANNE CLARK, OFFICER BRANDON FOUGHNIER, and DOES 1-100,

                    Defendants.

**NOTICE OF MOTION**

Civil Action No.

5:21-cv-00921-GLS-ATB

| | |
|---|---|
| **MOTION BY:** | Defendants the City of Syracuse (the "City"), former Chief Kenton Buckner, Deputy Chief Richard Trudell, Officer Derek McGork, and Chief Cecile (collectively, the "Chief Defendants"), by their attorneys Bond, Schoeneck & King, PLLC. |
| **REQUEST FOR ORAL ARGUMENT:** | Pursuant to Local Rule 7.1(a), for the reasons discussed in the accompanying Declaration of Brian J. Butler, the City and Chief Defendants respectfully request oral argument for this Motion. |
| **SUPPORTING PAPERS:** | Declaration of Brian J. Butler, executed August 24, 2022; and Memorandum of Law, dated August 24, 2022. |
| **RELIEF REQUESTED:** | An Order, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, imposing the following sanctions on Plaintiff's counsel: striking the offending filings (ECF Nos. 59, 61, 68) from the docket; ordering Plaintiff's counsel to pay the City and Chief Defendants' legal fees associated with responding to Plaintiff's Motion for a Protective Order, including the Motion to Seal; and admonishing Plaintiff's counsel for their conduct. |

14074327

Dated: August 24, 2022

BOND, SCHOENECK & KING, PLLC

By: *s/ Brian J. Butler*
Brian J. Butler (510105)
Colin M. Leonard (512865)
Nicholas P. Jacobson (519298)
Liza R. Magley (519849)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: bbutler@bsk.com
Email: cleonard@bsk.com
Email: njacobson@bsk.com
Email: lmagley@bsk.com

*Attorneys for Defendants City of Syracuse, former Chief Kenton Buckner, Deputy Chief Richard Trudell, Officer Derek McGork, and Chief Joseph Cecile*

2

14074327