UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRANDON HANKS and Other Similarly Situated Individuals,

    Plaintiff,

v.

CITY OF SYRACUSE, CHIEF KENTON BUCKNER, DEPUTY CHIEF RICHARD TRUDELL, DEPUTY CHIEF JOSEPH CECILE, CAPTAIN TIMOTHY GAY, OFFICER COLIN HILLMAN, OFFICER DEREK MCGORK, OFFICER WILLIAM KITTELL, OFFICER ANTHONY FIORINI, OFFICER DAVID METZ, OFFICER SHAWN HAUCK, OFFICER SUSAN IZZO, OFFICER ANN CLARK, OFFICER BRANDON FOUGHNIER, and DOES 1-100,

    Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.
5:21-cv-00921-GLS-ATB

    I hereby certify that on the 24th day of August 2022, a true and correct copy of the Notice of Motion for Sanctions (the "Motion") of Defendants the City of Syracuse, former Chief Kenton Buckner, Deputy Chief Richard Trudell, Deputy Chief Derek McGork, and Chief Cecile (collectively, the "City and Chief Defendants"), dated August 24, 2022, the Declaration of Brian J. Butler in Support of the Motion, dated August 24, 2022, with Exhibits A-D, and the City and Chief Defendants' Memorandum of Law in Support of the Motion, dated August 24, 2022, was served upon the following counsel, via ECF, as follows:

| | |
|---|---|
| RYDER LAW FIRM<br>  Jesse P. Ryder<br>6739 Myers Road<br>East Syracuse, New York 13257<br>Telephone: (315) 382-3617<br>Email: ryderlawfirm@gmail.com<br><br>LAW OFFICES OF BONNER & BONNER<br>  A. Cabral Bonner<br>  Charles A. Bonner<br>Law Offices of Bonner & Bonner<br>475 Gate Road 5, Suite 211 | HANCOCK ESTABROOK, LLP<br>  John G. Powers<br>  Mary L. D'Agostino<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>Telephone: (315) 565-4550<br>Email: jpowers@hancocklaw.com<br>Email: MDAgostino@hancocklaw.com<br><br>*Attorneys for Defendants Ann Clark, Anthony Fiorini, Brandon Fougnier, Colin Hillman,* |

14741611

| | |
|---|---|
| Sausalito, California 94965<br>Telephone: (415) 331-3070<br>Email: cabral@bonnerlaw.com<br>Email: cbonner799@aol.com<br><br>*Attorneys for Plaintiff* | *David Metz, Shawn Hauck, Susan Izzo,*<br>*Captain Timothy Gay, and William Kittell* |

I hereby certify further that on the 24th day of August 2022, a true and correct copy of the non-redacted Exhibit D to the Declaration of Brian J. Butler in Support of the Motion was served upon the following counsel, via electronic mail, as follows:

| | |
|---|---|
| RYDER LAW FIRM<br>   Jesse P. Ryder<br>6739 Myers Road<br>East Syracuse, New York 13257<br>Telephone: (315) 382-3617<br>Email: ryderlawfirm@gmail.com<br><br>LAW OFFICES OF BONNER & BONNER<br>   A. Cabral Bonner<br>   Charles A. Bonner<br>Law Offices of Bonner & Bonner<br>475 Gate Road 5, Suite 211<br>Sausalito, California 94965<br>Telephone: (415) 331-3070<br>Email: cabral@bonnerlaw.com<br>Email: cbonner799@aol.com<br><br>*Attorneys for Plaintiff* | HANCOCK ESTABROOK, LLP<br>   John G. Powers<br>   Mary L. D'Agostino<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, New York 13202<br>Telephone: (315) 565-4550<br>Email: jpowers@hancocklaw.com<br>Email: MDAgostino@hancocklaw.com<br><br>*Attorneys for Defendants Ann Clark, Anthony*<br>*Fiorini, Brandon Fougnier, Colin Hillman,*<br>*David Metz, Shawn Hauck, Susan Izzo,*<br>*Captain Timothy Gay, and William Kittell* |

                                                          *s/ Brian J. Butler*
                                                         Brian J. Butler (510105)

14741611